AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Haight, Jr., Charles S. | District Court, SDNY | 07/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
141 Church Street
New Haven, CT 06510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Trustee | American Scandinavian Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Haight, Jr., Charles S. | 07/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market | A | Dividend | K | T | | | | | |
| 2. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 3. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 4. CVS Caremark Corp. | | None | | | Sold | 02/17/11 | J | C | |
| 5. Diageo Plc | A | Dividend | K | T | | | | | |
| 6. Nestle S.A. | A | Dividend | K | T | | | | | |
| 7. Procter & Gamble Co. | | None | | | Sold | 02/19/11 | J | | |
| 8. Exxon Mobil Corp. | A | Dividend | K | T | Buy (add'l) | 04/08/11 | J | | |
| 9. | | | | | Buy (add'l) | 07/18/11 | K | | |
| 10. Berkshire Hathaway | | None | L | T | | | | | |
| 11. J.P. Morgan Chase | | None | | | Sold | 08/01/11 | K | B | |
| 12. Johnson & Johnson | | None | | | Sold | 02/17/11 | J | C | |
| 13. Quest Diagnostics | A | Dividend | J | T | | | | | |
| 14. Cisco Systems | | None | | | Sold | 04/08/11 | J | B | |
| 15. Microsoft Corp. | | None | | | Sold | 02/09/11 | J | C | |
| 16. IShares S&P Midcap 400 Index Fund | | None | | | Sold | 03/09/11 | J | D | |
| 17. Conn St Gen Rev Bonds | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY State Dorm Auth Bonds | | None | | | Redeemed | 02/01/11 | K | | |
| 19. Niagara Falls NY City School Dist Bonds | | None | | | Redeemed | 06/15/11 | K | | |
| 20. Conn State GO Bonds 6/26/08 | C | Interest | M | T | | | | | |
| 21. Stamford Conn GO Bonds (Non-Callable) | C | Interest | M | T | | | | | |
| 22. Conn State HSG Auth Bonds | D | Interest | M | T | | | | | |
| 23. Conn State Spc Tax Oblig Rev Bonds | D | Interest | M | T | | | | | |
| 24. ING Direct Savings Bank | A | Interest | M | T | | | | | |
| 25. US Trust Co of NY Bank of America Checking Account | | None | K | T | | | | | |
| 26. Guilford Savings Bank | | None | J | T | | | | | |
| 27. Columbia Select Large Cap. Fund | | None | L | T | | | | | |
| 28. Lerner Corp. (Y) - See Part VIII | | | | | | | | | |
| 29. Cummins Inc. | A | Dividend | J | T | Sold (part) | 01/14/11 | J | C | |
| 30. Accenture Ltd. | A | Dividend | K | T | Buy (add'l) | 07/18/11 | K | | |
| 31. MasterCard Inc. | A | Dividend | K | T | | | | | |
| 32. Barrick Gold Corp. | | None | | | Sold | 05/19/11 | J | A | |
| 33. Oracle Corp. | A | Dividend | K | T | Buy (add'l) | 07/18/11 | K | | |
| 34. IShares China Index Fund | | None | | | Sold | 09/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares Australia Index Fund | | None | | | Sold | 12/05/11 | K | | |
| 36. IShares Brazil Index Fund | | None | | | Sold | 05/25/11 | K | | |
| 37. IShares Canada Index Fund | A | Dividend | K | T | | | | | |
| 38. Pimco Total Return Fund | C | Dividend | M | T | Redeemed (part) | 03/02/11 | J | | |
| 39. | | | | | Redeemed (part) | 03/08/11 | K | | |
| 40. Discovery Communications Inc. | | None | J | T | Sold (part) | 01/14/11 | J | B | |
| 41. Apache Corp. | | None | | | Buy (add'l) | 07/18/11 | J | | |
| 42. | | | | | Sold | 12/05/11 | K | | |
| 43. Litchfield, CT GO Bonds | C | Interest | M | T | | | | | |
| 44. Cheshire, CT GO Bonds | C | Interest | M | T | | | | | |
| 45. Manchester, CT GO Bonds | C | Interest | M | T | | | | | |
| 46. Southington, CT GO Bonds (Non-Callable - due 9/1/17) | C | Interest | M | T | | | | | |
| 47. Easton, CT GO Bonds | C | Interest | M | T | | | | | |
| 48. West Hartford, CT GO Bonds | C | Interest | M | T | | | | | |
| 49. Regional School District 18 CT Bonds | D | Interest | M | T | | | | | |
| 50. Wethersfield, CT GO Bonds | D | Interest | M | T | | | | | |
| 51. Las Vegas Sands Corp. | | None | | | Sold (part) | 03/09/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 04/05/11 | K | C | |
| 53. McDonald's Corp. | B | Dividend | L | T | | | | | |
| 54. Teck Resources Ltd. | | None | | | Sold | 10/18/11 | J | | |
| 55. Millicom Intl. Cellular SA | A | Dividend | K | T | | | | | |
| 56. TJX Cos., Inc. | A | Dividend | J | T | Buy | 12/15/11 | J | | |
| 57. Church & Dwight, Inc. | A | Dividend | K | T | Buy | 08/29/11 | K | | |
| 58. General Mills, Inc. | A | Dividend | K | T | Buy | 10/18/11 | K | | |
| 59. Hershey Co. | A | Dividend | K | T | Buy | 10/18/11 | K | | |
| 60. Conoco Phillips | B | Dividend | K | T | Buy | 04/08/11 | J | | |
| 61. | | | | | Buy (add'l) | 07/18/11 | K | | |
| 62. JP Morgan Alerian MLP Index ETN | B | Dividend | K | T | Buy | 10/18/11 | K | | |
| 63. Cerner Corp. (X) - See Part VIII | | None | K | T | | | | | |
| 64. Pfizer, Inc. | B | Dividend | K | T | Buy | 05/25/11 | J | | |
| 65. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 66. Valeant Pharmaceuticals Intl., Inc. | A | Dividend | K | T | Buy | 12/01/11 | J | | |
| 67. Hunt JB Trans Svcs. Inc. | A | Dividend | J | T | Buy | 02/17/11 | J | | |
| 68. Norfolk Southern Corp. | A | Dividend | J | T | Buy | 02/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. United Parcel Service, Inc. | A | Dividend | K | T | Buy | 02/17/11 | J | | |
| 70. | | | | | Buy (add'l) | 07/18/11 | K | | |
| 71. | | | | | Sold (part) | 10/15/11 | J | | |
| 72. Apple, Inc. | | None | K | T | Buy | 03/09/11 | K | | |
| 73. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 74. Google, Inc. | | None | K | T | Buy | 10/18/11 | K | | |
| 75. | | | | | Buy (add'l) | 11/25/11 | J | | |
| 76. Nuance Communications, Inc. | | None | K | T | Buy | 12/01/11 | J | | |
| 77. Monsanto | A | Dividend | K | T | Buy | 08/29/11 | J | | |
| 78. | | | | | Buy (add'l) | 11/25/11 | K | | |
| 79. American Tower Corp. | | None | K | T | Buy | 05/25/11 | J | | |
| 80. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 81. | | | | | Buy (add'l) | 11/25/11 | K | | |
| 82. Southington, CT GO Bonds (Non-Callable - due 8/1/18) | C | Interest | M | T | Buy | 03/02/11 | M | | |
| 83. Pimco High Yield Fund | D | Dividend | L | T | Buy | 11/16/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item. #28.  I no longer hold any stock in Lerner Corp.  It was inadvertently included in my 2010 FDR even though it was sold in 2009 (without any "gain").

Item #64.  Stock in Cerner Corp. was inadvertently left off my 2010 FDR.  It was purchased in 2010 with a value of "J" but has never yielded any dividends.  I include it on my 2011 FDR because it has a "K" value; but as you see, it has once again yielded no income in 2011.

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles S. Haight, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544